IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ARTHUR HILL, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 1:21-CV-00714 |
| CARVANA, LLC, | ) | |
| Defendant. | ) | |

## PLAINTIFF'S AMENDED MOTION TO REMAND

Plaintiff respectfully moves this Court to Remand the above-entitled case back to Cabarrus County Court pursuant 28 U.S.C. § 1447(c). Contemporaneously and in support of Plaintiff's Amended Motion to Remand, he files a brief in accordance with LR 7.2 and LR 7.3.

**WHEREFORE**, Plaintiff prays for the following relief from this Honorable Court:

a. That this Court order this case remanded to District Court Division in the Cabarrus County Court from which it was removed.

b. That this Court award reasonable costs and actual expenses incurred as a result of the untimely removal pursuant 28 U.S.C. § 1447(c).

c. That this court award any other relief that it deems just and proper.

Respectfully submitted this 15 day of September, 2021.

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: 980.521.1819
Email: artbhill@hotmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on _September, 15, 2021_, I served the foregoing **PLAINTIFF'S AMENDED MOTION TO REMAND** with attachments upon the parties Counsel by emails listed below.

Paul T. Collins
Nelson Mullins Riley & Scarborough LLP
1320 Main Street
Meridian 17th Floor
Columbia, SC 29201
Phone: 803.255.9747
E-mail: paul.collins@nelsonmullins.com

Cassie A. Holt
Nelson Mullins Riley & Scarborough LLP
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612
Phone: 919.329.3886
E-mail: cassie.holt@nelsonmullins.com

Kadeisha West
Nelson Mullins Riley & Scarborough LLP
201 17th Street, 17th Floor
Atlanta, Georgia 30363
Phone: 404.322.6000
E-mail: kadeisha.west@nelsonmullins.com
***Attorneys for Carvana, LLC***

_/s/ Arthur Hill_
Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: 980.521.1819
E-mail: artbhill@hotmail.com
***Pro Se Plaintiff***