UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR HILL,

        Plaintiff(s),

vs.

CARVANA, LLC and EXPERIAN
INFORMATION SOLUTIONS, INC.
        Defendant(s).

Case No.: 1:21-CV-00714-CCE-LPA

## DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

Experian Information Solutions, Inc. who is defendant.
(Name of Party)      (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes          (✔) No

2. Does party have any parent corporations?

    (✔) Yes          ( ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Experian plc

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   (✔) Yes        ( ) No

   If yes, identify all such owners: Experian plc owns 100 percent of Experian Information Solutions, Inc. See attached for additional information.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes        (✔) No

   If yes, identify entity and nature of interest: _____

Caren D. Enloe                                October 28, 2021

(Signature)                                   (Date)

MDNC (01/03)

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Kadeisha A. West
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW
Atlanta, GA 30363
Kadeisha.west@nelsonmullins.com
*Counsel for Carvana, LLC*

Paul T. Collins
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, Suite 1700
Columbia, SC 29201
Paul.collins@nelsonmullins.com
*Counsel for Carvana, LLC*

Cassie A. Holt
Nelson Mullins Riley & Scarborough, LLP
4140 Parklake Avenue, 2nd Floor
Raleigh, NC 27612
Cassie.holt@nelsonmullins.com
*Counsel for Carvana, LLC*

I also certify that the foregoing document is being served this day on Plaintiff via first class mail, postage prepaid, at the following address:

Arthur Hill
2849 Trestle Ct. SW
Concord, NC 28025

/s/ Caren D. Enloe
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS LLP
NC State Bar No. 17394
P.O. Box 176010
Raleigh, NC 27619-6010
Telephone: 919-250-2000
Facsimile: 919-250-2124
cenloe@smithdebnamlaw.com
*Counsel for Defendant Experian Information Solutions, Inc.*