

Arthur Hill
2849 Trestle Ct. SW
Concord, NC 28025



9114 9022 0078 9159 3615 75

7019 2280 0000 9907 7018

CERTIFIED MAIL

PRIORITY MAIL
TRACKED INSURED

United States District Court
Middle District of North Carolina
Attn: Clerk of Court
324 West Market Street, Suite 401
Greensboro, NC 27401

RECEIVED
IN THIS OFFICE
NOV 03 2021
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
11:00am ACC



PRIORITY MAIL
TRACKED INSURED

NEOPOST
11/01/2021
US POSTAGE $011.70⁰
ZIP 28282
041M11454913

