IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No: 1:21-cv-00714-CCE-JPA

Arthur Hill,

                Plaintiff,

v.

Carvana, LLC and
Experian Information Solutions, Inc.,

                Defendant.

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that the undersigned counsel, Ashia Crooms-Carpenter of Nelson Mullins Riley & Scarborough LLP, at the request of Defendant Carvana, LLC ("Carvana"), hereby gives notice that she is making an appearance on behalf of Defendant Carvana in the above-referenced case, and shall be substituted as counsel for Carvana in place of Cassie A. Holt. Ms. Crooms-Carpenter will serve as Local Rule 83.1(d) Counsel for the Special Appearing Counsel. Ms. Crooms-Carpenter respectfully requests that all future documents, including but not limited to pleadings, notices, motions, and discovery, be served upon her as counsel for Defendant Carvana.

Ms. Holt hereby gives notice of her withdrawal as counsel for Defendant Carvana in the above-referenced case.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted this 7th day of January, 2022.

                    NELSON MULLINS RILEY & SCARBOROUGH LLP

                    */s/Ashia Crooms-Carpenter*
                    Ashia Crooms-Carpenter
                    NC Bar No 54342
                    ashia.carpenter@nelsonmullins.com
                    301 South College Street / 23rd Floor
                    Charlotte, NC 28202
                    Phone: (704) 417-3000
                    Fax: (704) 377-4814

                    *Attorney for Carvana, LLC*

                    */s/Cassie Holt*
                    Cassie Holt
                    NC Bar No. 56505
                    cassie.holt@nelsonmullins.com
                    4140 Parklake Avenue, Suite 200
                    Raleigh, NC 27612
                    Phone: (919) 329-3800
                    Fax: (919) 329-3799

**CERTIFICATE OF SERVICE**

  I, Ashia Crooms-Carpenter, hereby certify that, on January 7, 2022, a true and correct copy of the foregoing was served upon the following via U.S. mail, postage prepaid, and has been electronically filed using the Court's CM/ECF system:

  Arthur Hill
  2849 Trestle Court SW
  Concord, NC 28025
  ***Pro Se Plaintiff***

  Caren D. Enloe
  Smith Debnam Narron Drake Saintsing & Myers, LLP
  4601 Six Forks Road, Suite 400
  Raleigh, NC 27607
  Phone: 919-250-2000
  Email: cenloe@smithdebnamlaw.com
  ***Attorneys for Experian Information Solutions, Inc.***


          */s/Ashia Crooms-Carpenter*
          ***Attorney for Carvana, LLC***

-3-
Case 1:21-cv-00714-CCE-LPA   Document 32   Filed 01/07/22   Page 3 of 3