IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Case No: 21-CV-00714

ARTHUR HILL,

      Plaintiff, pro se,

vs.

      **STIPULATION OF DISMISSAL**

Carvana, LLC. and
Experian Information Solutions, Inc.

      Defendants.

Plaintiff Arthur Hill and Defendant Experian Information Solutions, Inc. ("Experian") file this stipulation to the dismissal of this action against Experian, pursuant to Federal Rule of Civil Procedure 41. Each party to bear its own costs.

Respectfully submitted this 7th day of March, 2022.

_____
Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Ph: 980.521.1819
Email: artbhill@hotmail.com
*Plaintiff pro se*

_____
Caren D. Enloe
SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP
4601 Six Forks Rd., Ste. 400
Raleigh, NC 27609
Ph: 919.250.2000
Email: cenloe@smithdebnamlaw.com
*Attorney for Experian Information Solutions, Inc.*

1

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on **March 7th**, 2022, a copy of the foregoing was provided the attorney(s) of record by email which follow:

*Arthur Hill* (signature)

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Ph: 980.521.1819
Email: artbhill@hotmail.com
*Plaintiff pro se*

Caren D. Enloe
SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, LLP
4601 Six Forks Rd., Ste. 400
Raleigh, NC 27609
Ph: 919.250.2000
Email: cenloe@smithdebnamlaw.com
***Attorney for Experian Information Solutions, Inc.***