IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil No. 1:21-CV-00714

ARTHUR HILL, )
)
        Plaintiff )
v. )
)
CARVANA, LLC, )
)
        Defendants. )
)

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

Plaintiff Arthur Hill ("Plaintiff"), having complied with Local Rule 37.1(a), hereby moves this Court for an Order overruling certain objections and compelling Defendant Carvana, LLC ("Carvana") to properly respond to certain discovery requests. A memorandum of law in support is filed contemporaneously herewith.

**WHEREFORE**, the Plaintiff prays that this Honorable Court enters an Order compelling responses to Plaintiff's discovery requests as discussed in his Memorandum.

Respectfully submitted this 30th day of April, 2022.

*Arthur Hill*
Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: (980)-521-1819
E-mail: artbhill@hotmail.com
***Pro Se Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on April, 30, 2022, I served the foregoing document upon the parties shown below by email addressed to the following:

| | |
|---|---|
| Ashia Bre'ana Crooms-Carpenter<br>E-Mail: ashia.carpenter@nelsonmullins.com<br>301 South College Street, 23rd Floor<br>Suite 2300<br>Charlotte, NC 28202<br>Phone: 704-417-3235 | Paul T. Collins<br>E-Mail: paul.collins@nelsonmullins.com<br>1320 Main Street / 17th Floor<br>Columbia, SC 29201<br>Phone: (803) 255-9747 |
| Kadeisha West<br>E-mail: kadeisha.west@nelsonmullins.com<br>201 17th Street, 17th Floor<br>Atlanta, Georgia 30363<br>Phone: (404) 322-6000 | |

Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: (980)-521-1819
E-mail: artbhill@hotmail.com
*Pro Se Plaintiff*