IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Arthur Hill,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>Carvana, LLC and<br>Experian Information Solutions, Inc.,<br><br>　　　　　　　　Defendant. | Case No: 1:21-cv-00714-CCE-JPA |

## **MOTION TO WITHDRAW AS COUNSEL**

Kadeisha West hereby moves to withdraw as counsel of record for Defendant Carvana, LLC ("Carvana") in the above-captioned litigation, and respectfully requests that her name be removed from all applicable service lists. As of May 13, 2022, Ms. West will no longer be employed by Nelson Mullins Riley & Scarborough LLP and therefore will no longer be working on this matter. The law firm of Nelson Mullins Riley & Scarborough LLP and Ashia Crooms-Carpenter and Paul T. Collins will continue to represent Carvana in this matter.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted this 13th day of May, 2022.

        NELSON MULLINS RILEY &
        SCARBOROUGH LLP

        */s/Kadeisha West*
        Kadeisha West (*special appearance*)
        E-mail: kadeisha.west@nelsonmullins.com
        Nelson Mullins Riley & Scarborough LLP
        201 17th Street, 17th Floor
        Atlanta, Georgia 30363
        Phone: (404) 322-6000
        Fax: (404) 322-6050

        */s/Ashia Crooms-Carpenter*
        Ashia Crooms-Carpenter
        NC Bar No 54342
        Email: ashia.carpenter@nelsonmullins.com
        301 South College Street / 23rd Floor
        Charlotte, NC 28202
        Phone: (704) 417-3000
        Fax: (704) 377-4814

        *Attorneys for Defendant Carvana, LLC*

# CERTIFICATE OF SERVICE

      I, Kadeisha West, hereby certify that on May 13th, 2022, a true and correct copy of the foregoing was served upon the following via U.S. mail, postage prepaid, and has been electronically filed using the Court's CM/ECF system:

Arthur Hill
2849 Trestle Court SW
Concord, NC 28025
***Pro Se Plaintiff***

                                              */s/Kadeisha West*
                                              ***Attorney for Carvana, LLC***