# EXHIBIT B

| From: | Paul Collins |
|---|---|
| Sent: | Saturday, April 23, 2022 6:47 PM |
| To: | ART HILL |
| Cc: | Ashia Carpenter; Kadeisha West |
| Subject: | Meet and Confer -- Hill v Carvana, LLC and Experian Information Solutions, Inc., Case No. 1:21-cv-00714 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Thank you for the response, Mr. Hill. We still think a meet and confer call would be helpful to clear up any remaining potential misunderstandings or issues regarding Carvana's prior answer, discovery requests and responses, but we understand it is your choice whether or not to participate. If you are agreeable to a call, let us know a few dates and times you are available and we will get it scheduled. If you are not agreeable, and decide to move forward with a motion to compel in the absence of a meet and confer conference, we will respond accordingly.

Paul



**NELSON MULLINS**

**PAUL T. COLLINS** **PARTNER**
paul.collins@nelsonmullins.com

**MERIDIAN | 17TH FLOOR**

**1320 MAIN STREET | COLUMBIA, SC 29201**

T **803.255.9747** F **803.255.9128**

**NELSONMULLINS.COM** **VCARD** **VIEW BIO**

---

**From:** ART HILL <artbhill@hotmail.com>
**Sent:** Saturday, April 23, 2022 6:16 AM
**To:** Paul Collins <Paul.Collins@nelsonmullins.com>
**Cc:** Ashia Carpenter <ashia.carpenter@nelsonmullins.com>; Kadeisha West <kadeisha.west@nelsonmullins.com>
**Subject:** RE: Meet and Confer -- Hill v Carvana, LLC and Experian Information Solutions, Inc., Case No. 1:21-cv-00714

Mr. Collins, after review of the meet and confer responses, I see no reason to not move to compel.

Additionally, regarding any amendment to the answer, the deadlines to amend pleadings have past for all parties. I'm not agreeing with any request by Carvana to amend its answer so they better align with the frivolous discovery requests you signed. Carvana knew their answers were not credible (affirmative or otherwise)….and you knew or should have known the answers were not credible before Carvana's discovery requests were signed and sent to me. Furthermore, I specifically brought that up in January per attached, well before the deadlines past.

Thanks,

Art

**From:** Paul Collins <Paul.Collins@nelsonmullins.com>
**Sent:** Monday, April 4, 2022 3:39 PM
**To:** ART HILL <artbhill@hotmail.com>
**Cc:** Ashia Carpenter <ashia.carpenter@nelsonmullins.com>; Kadeisha West <kadeisha.west@nelsonmullins.com>
**Subject:** Meet and Confer -- Hill v Carvana, LLC and Experian Information Solutions, Inc., Case No. 1:21-cv-00714

Mr. Hill, attached is Carvana's Response to your March 28, 2022 Meet and Confer Letter. Also attached is a proposed confidentiality order for this case for your review. If the confidentiality order is ok with you, we will file a joint motion requesting the Court to enter the order. Please let us know if you would like to schedule a call to discuss the proposed order or the Response.

Thank you,

Paul



**PAUL T. COLLINS   PARTNER**
paul.collins@nelsonmullins.com

MERIDIAN | 17TH FLOOR
1320 MAIN STREET | COLUMBIA, SC 29201
T 803.255.9747   F 803.255.9128
NELSONMULLINS.COM   VCARD   VIEW BIO

---

**From:** ART HILL <artbhill@hotmail.com>
**Sent:** Monday, March 28, 2022 2:16 AM
**To:** Paul Collins <Paul.Collins@nelsonmullins.com>
**Cc:** Ashia Carpenter <ashia.carpenter@nelsonmullins.com>; Kadeisha West <kadeisha.west@nelsonmullins.com>
**Subject:** RE: Meet and Confer -- Hill v Carvana, LLC and Experian Information Solutions, Inc., Case No. 1:21-cv-00714
**Importance:** High

Attached are my issues with discovery from Carvana. Given the answer to RFP 1 alone and the lack of any supplements, I'm confident a motion to compel will be necessary….so I'll wait 7 days to file it…that's an additional 7 days on top of the pointless extension I had agreed to. Not really giving you attorneys more time to withhold, delay and obstruct.

Thanks,

Art

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.