IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil No. 1:21-CV-00714

ARTHUR HILL,

        Plaintiff

v.

CARVANA, LLC and
BRIDGECREST CREDIT
COMPANY, LLC

        Defendants.

## NOTICE OF WITHDRAWAL OF FRAUD CLAIM

**PLEASE TAKE NOTICE** that Plaintiff hereby withdraws him claim of Fraud against Defendant Carvana, LLC.

Submitted this the 22rd day of May, 2022.

*Arthur Hill*
Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: 980.521.1819
Email: artbhill@hotmail.com
***Plaintiff, pro se***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF WITHDRAWL OF FRAUD CLAIM** was served upon the following attorneys by e-mail:

Ashia Crooms-Carpenter
Nelson Mullins Riley & Scarborough LLP
301 South College Street, Suite 2300
Charlotte, NC 28202
Email: ashia.carpenter@nelsonmullins.com
Phone: 704.377.4814

This the 22nd day of May, 2022.

*Arthur Hill*
Arthur Hill
2849 Trestle CT SW
Concord, NC 28025
Phone: 980.521.1819
Email: artbhill@hotmail.com
***Plaintiff, pro se***