# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Arthur Hill,<br><br>                Plaintiff,<br><br>   v.<br><br>Carvana, LLC and<br>Experian Information Solutions, Inc.,<br><br>                Defendants. | Civil Action No. 1:21-cv-00714 |

## **NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY DEADLINES**

COMES NOW Defendant Carvana, LLC ("Carvana"), by and through counsel, and Plaintiff Arthur Hill hereby submit their Notice of Settlement and Joint Motion to Stay Deadlines, and state to the Court as follows:

The Parties have reached an agreement in principal to settle this matter, which resolves all of Plaintiff's claims. To avoid incurring additional litigation expenses while working to consummate settlement of this matter, the Parties request that the Court enter a stay of this case for thirty (30) days. The Parties continue to be engaged in drafting and finalizing the specific terms of the settlement, and anticipate that a Stipulation of Dismissal will be filed with the Court on or before **June 30, 2022**. If the case cannot be dismissed on or before that date, the Parties will file a Joint Status Update with the Court and all deadlines that would have been met during the stay will be extended and due thirty (30) days after the stay is lifted.

1

Respectfully submitted this 31st day of May 2022.


| | |
|---|---|
| /s/Arthur Hill | /s/ Ashia Crooms-Carpenter |
| Arthur Hill | Ashia Crooms-Carpenter |
| 2849 Trestle Court SW | NC Bar No.: 54342 |
| Concord, NC 28025 | Nelson Mullins Riley & Scarborough, LLP |
| | 301 South College Street, 23rd Floor |
| *Pro Se Plaintiff* | Charlotte, NC 28202 |
| | Phone: 704-417-3000 |
| | Fax: 704-377-4814 |
| | Email: ashia.carpenter@nelsonmullins.com |

*Attorney for Carvana, LLC*

## CERTIFICATE OF SERVICE

I, Ashia Crooms-Carpenter, hereby certify that, on May 31, 2022 a true and correct copy of the foregoing was served upon Arthur Hill using the Court's CM/ECF system:

Arthur Hill
2849 Trestle Court SW
Concord, NC 28025
***Pro Se Plaintiff***

<u>*/s/Ashia Crooms-Carpenter*</u>
**Attorney for Carvana, LLC**