IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| ARTHUR HILL,                                    |              |
|                          Plaintiff,             |              |
|                                                 |              |
| v.                                              | 1:21-CV-714  |
|                                                 |              |
| CARVANA, LLC and                                |              |
| EXPERIAN INFORMATION SOLUTIONS, INC.,           |              |
|                                                 |              |
|                          Defendants.            |              |

## ORDER GRANTING STAY OF DEADLINES

Upon consideration of the Parties' Joint Motion to Stay Deadlines, and for good cause appearing, **IT IS ORDERED** that the Parties' Motion is **GRANTED** and all deadlines are **STAYED** pending the filing of the anticipated Stipulation of Dismissal on or before **June 30, 2022**. The Court does not anticipate authorizing a longer stay and if the dismissal is not forthcoming, the parties will need to explain further why a thirty-day extension is needed.

**SO ORDERED** this 2nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE